**DiSABATO & BOUCKENOOGHE LLC**
8 Mansfield Court
Mendham, New Jersey 07945
Phone: 973.813.2525
Fax: 973.900.8445

Attorney for Plaintiff
John Considine, on behalf of himself and the putative class

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN CONSIDINE, on behalf of herself and the putative class,<br><br>Plaintiffs,<br><br>vs.<br><br>VERIZON WIRELESS, INC., SENDME, INC. d/b/a WT411.com, FUNMOBILE GAMES, INC., FUMOBILE FZ-LLC, INC., and "ABC CORP."<br><br>Defendants. | Case No. 2:11-cv-02461-FSH-MAS<br><br>**STIPULATION AND ORDER** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties:

　　　　1.　　Defendant SendMe, Inc. d/b/a WT411.com ("SendMe") acknowledged service of the Complaint on April 28, 2011;

　　　　2.　　The due date for SendMe to answer, move or otherwise respond to the Complaint currently expires on May 19, 2011; and

　　　　3.　　The time within which SendMe may answer, move or otherwise respond to the Complaint is extended to and including June 3, 2011.

| DiSABATO & BOUCKENOOGHE LLC | FENWICK & WEST LLP |
|---|---|
| 8 Mansfield Court<br>Mendman, New Jersey 07945<br>(973) 813-2525 | Silicon Valley Center<br>801 California Street<br>Mountain View, California 94041<br>Telephone: (650) 988-8500<br>Facsimile: (650) 938-5200 |
| By: /s David J. DiSabato<br>    David J. DiSabato, Esq. | By: /s Rodger R. Cole<br>    Rodger R. Cole, Esq. |
| Attorneys for Plaintiff | Attorneys for Defendant Send Me, Inc. |
| Dated: May 17, 2011 | Dated: May 17, 2011 |

SO ORDERED:

_____
Michael A. Shipp
United States Magistrate Judge

Dated  5/19/11